IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CATHERINE D GOODVINE,

    Plaintiff,

v.   CASE NO. 1:02-cv-00104-MP-AK

GMAC MORTGAGE CORPORATION,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 89, Notice of Settlement by GMAC Mortgage Corporation.  Counsel for Defendant has submitted to this Court that a settlement has been reached and that a written settlement is currently being prepared.

**ORDERED AND ADJUDGED:**

This case is DISMISSED.  The Court will retain jurisdiction for 60 days to ensure effectuation of the settlement.

**DONE AND ORDERED** this  *14th*  day of July, 2005.

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge